IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RICHARD RHORABOUGH,

    Plaintiff,                                No. CIV S-05-1541 DFL CMK P

   vs.

CA DEPT. OF CORRECTIONS, et al.,

    Defendants.                         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

        Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.

1

1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court;

    2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

    3. Plaintiff's August 2, 2005 request for the appointment of counsel is denied.

DATED:  August 8, 2005.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE