IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. RHORABOUGH,  No. CIV S-05-1541-DFL-CMK-P

　　　　　Plaintiff,

　　　vs.  FINDINGS AND RECOMMENDATIONS

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

　　　　　Defendants.

_____/

　　　　　Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1), filed on August 2, 2005.

　　　　　The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if it seeks monetary relief from a defendant who is immune from such relief. See 28 U.S.C. § 1915A(b)(1), (2). As discussed in more detail in the court's order issued herewith, plaintiff's complaint names as a defendant the California Department of Corrections. The Eleventh Amendment prohibits federal

1  courts from hearing suits brought against a state both by its own citizens, as well as by citizens of
2  other states.  See Brooks v. Sulphar Springs Valley Elec. Coop., 951 F.2d 1050, 1053 (9th Cir.
3  1991).  This prohibition extends to suits against states themselves, and to suits against state
4  agencies.  See Lucas v. Dep't of Corr., 66 F.3d 245, 248 (9th Cir. 1995) (per curiam); Taylor v.
5  List, 880 F.2d 1040, 1045 (9th Cir. 1989).  A state's agency responsible for incarceration and
6  correction of prisoners is a state agency for purposes of the Eleventh Amendment.  See Alabama
7  v. Pugh, 438 U.S. 781, 782 (1978) (per curiam); Hale v. Arizona, 993 F.2d 1387, 1398-99 (9th
8  cir. 1993) (en banc).

9  Based on the foregoing, the undersigned recommends that defendant California
10  Department of Corrections be dismissed, with prejudice, as an immune defendant.

11  These findings and recommendations are submitted to the United States District
12  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
13  after being served with these findings and recommendations, any party may file written objections
14  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
15  and Recommendations."  Failure to file objections within the specified time may waive the right
16  to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18  DATED:  October 27, 2005.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE