IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. RHORABOUGH,           No. CIV S-05-1541-DFL-CMK-P

     Plaintiff,

  vs.                         <u>ORDER</u>

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

     Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 28, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.[1]

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

---

[1] On November 4, 2005, plaintiff filed a motion for a 60-day extension of time to file objections. Before the court could rule on this request, however, plaintiff filed his objections on November 16, 2005. Plaintiff's motion for an extension of time will be granted nunc pro tunc to the date objections were filed, and the objections will be considered timely.

1

1  304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire
2  file, the court finds the findings and recommendations to be supported by the record and by
3  proper analysis.
4          Accordingly, IT IS HEREBY ORDERED that:
5          1.   Plaintiff's motion for an extension of time to file objections to the October
6  28, 2005, findings and recommendations is granted, nunc pro tunc, to November 16, 2005;
7          2.   The findings and recommendations filed October 28, 2005, are adopted in
8  full; and
9          3.   Defendant the California Department of Corrections is dismissed from this
10 action because it is immune from suit in federal court under the Eleventh Amendment, nor is a
11 "person" under 42 U.S.C. section 1983.

13 DATED: 3/16/2006

             _____
             DAVID F. LEVI
             United States District Judge

2