1
2
3
4
5
6
7
8     **IN THE UNITED STATES DISTRICT COURT**

9     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JAMES R. RHORABOUGH,                    No. CIV S-05-1541-DFL-CMK-P

12                 Plaintiff,

13         vs.                                 <u>ORDER</u>

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS, et al.,
15
                    Defendants.
16
      _____/
17

18              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

19    to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time

20    (Doc. 25), filed on May 31, 2006.

21              On May 23, 2006, the court dismissed plaintiff's first amended complaint with

22    leave to amend and directed plaintiff to file a second amended complaint within 30 days.

23    Plaintiff seeks to have that deadline extended to 60 days.  Good cause appearing therefor, the

24    request will be granted.  Plaintiff is warned that failure to comply with the court's October 28,

25    2005, order within the time provided in this order may result in dismissal of this action for lack

26    of prosecution and failure to comply with court orders and rules.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for an extension of time is granted; and

2.      Plaintiff shall file a second amended complaint by July 24, 2006.

DATED:   June 2, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE