**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JAMES R. RHORABOUGH,   No. CIV S-05-1541-DFL-CMK-P

    Plaintiff,

  vs.   <u>ORDER</u>

TOM CAREY,[1]

    Defendant.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On August 18, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed

---

[1] Plaintiff originally names as defendants the California Department of Corrections (now the California Department of Corrections and Rehabilitation, "CDCR") and Tome Carey.  On March 17, 2006, the court issued an order dismissing CDCR as a defendant because it is immune and not a "person" within the meaning of 42 U.S.C. § 1983.  The Clerk of the Court has terminated CDCR as a defendant.  This action proceeds against Tome Carey as the sole defendant.

1

1 objections to the findings and recommendations.

2 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 18, 2006, are adopted in full; and

2. Plaintiff's motion for injunctive relief (Doc. 12) is denied.

Dated: 9/27/2006

_____
DAVID F. LEVI
United States District Judge

2