**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JAMES R. RHORABOUGH,                    No. CIV S-05-1541-DFL-CMK-P

    Plaintiff,

 vs.                                                                    ORDER

TOM CAREY,

    Defendant.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On October 3, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 3, 2006, are adopted in full;

2. All claims in plaintiff's second amended complaint are dismissed, <u>except</u> plaintiff's due process claim against defendant Carey; and

3. This matter is referred back to the Magistrate Judge for issuance of such orders as are appropriate to effect service of the action.

ENTERED this 2nd day of July, 2007.

        S/RALPH R. BEISTLINE
        UNITED STATES DISTRICT JUDGE