IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. RHORABOUGH, | No. CIV S-05-1541-DFL-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TOM CAREY, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The second amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   Service is appropriate for the following defendant(s):

3   TOM CAREY;

4   2.   The Clerk of the Court shall send plaintiff one USM-285 form for each
5   defendant identified above, one summons, an instruction sheet, and a copy of the second
6   amended complaint; and

7   3.   Within 30 days of the date of service of this order, plaintiff shall complete
8   the attached Notice of Submission of Documents and submit the following documents to the
9   court:

10   a.   The completed Notice of Submission of Documents;

11   b.   One completed summons;

12   c.   One completed USM-285 form(s); and

13   d.   Two copies of the endorsed second amended complaint.

16   DATED:   July 25, 2007.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JAMES R. RHORABOUGH,              No. CIV S-05-1541-DFL-CMK-P
      Plaintiff,
  vs.
TOM CAREY,

      Defendant.
_____/

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    <u> 1 </u>    completed summons form;
    <u>    </u>    completed USM-285 form(s); and
    <u>    </u>    copies of the second amended complaint.

DATED: _____           _____
                                                  Plaintiff